IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SZCZUREK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PROFESSIONAL MANAGEMENT, INC. | : | |
| d/b/a FINANCIAL RECOVERIES | : | NO. 14-4790 |

ORDER

AND NOW, this 17th day of November, 2014, upon consideration of plaintiff Joseph Szczurek's complaint (docket entry #1), defendant Professional Medical Management's (incorrectly designated as Professional Management, Inc.) motion for judgment on the pleadings (docket entry #8), plaintiff's response in opposition thereto, and defendant's reply, and based on the reasoning set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendant's motion for judgment on the pleadings is GRANTED;

2. Plaintiff's complaint is DISMISSED; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.